UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

ANTHONY T. ROSS, Jr.

Case No.: 16-74455-AST
Chapter: 7

THE BANKRUPTCY ESTATE OF
ANTHONY T. ROSS, Jr. by ROBERT L. PRYOR

Adversary Case No.: 18-08167-AST

                                    Plaintiff,

            Against                                    SECOND REQUEST

ANTHONY T. ROSS, Jr.

                        Respondent

## AFFIDAVIT OF NOTICE AND DEMAND

Please see the attached Affidavit of Request for IRS forms W-9, 1099 C and 1099 OID Request for Taxpayer Identification Number and Certification.

This is the 1st Day of August 2019.

_Anthony Ross Jr_

Anthony T. Ross, Jr. -Beneficiary
20 Ingraham Lane
Hempstead, NY 11550

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

**ANTHONY T. ROSS, Jr.**

                          **Respondent**

**AFFIDAVIT OF SERVICE**
Case No.: 16-74455-ast
Adversary Case No.: 18-08167-ast

This is to certify that I have this day served a copy of the Affidavit of Notice and Demand upon parties, by depositing a true and correct copy of the same in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

Michael Farina
Robert L. Pryor
675 Old Country Road
Westbury, NY 11590

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza- Room 560
Central Islip, NY 11722-4437

Office of the Clerk
Unites States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722-9013

This is the 1st Day of August 2019.

Anthony T. Ross, Jr.- Beneficiary
20 Ingraham Lane
Hempstead, NY 11550

# AFFIDAVIT OF NOTICE AND DEMAND

Anthony Ross, Jr. (Requester)
20 Ingraham Lane
Hempstead, NY 11550

Michael Farina (Receiver)
Robert L. Pryor (Receiver)
675 Old Country Rd
Westbury, NY 11590

**Enclosed are Form W-9, 1099 C and 1099 OID Request for Taxpayer Identification Number and Certification**

This affidavit is a Notice and Demand to complete and return the enclosed Form W-9, 1099 C and 1099 OID Forms.

This is a request for your Tax Payer Identification Number (TIN). If you do not return requested completed forms to the Requester with a TIN, you might be subject to back up withholding,

If the requested Form W9 with your TIN is not returned within (7) days from the date of this request and/or failure to furnish your correct TIN to the requester you might be subject to a penalty and Back up Withholding.

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid Back up Withholding.

**When completing, please be sure to:**
1. Use the exact name that corresponds with your Social Security Number (SSN) or Employer Identification Number (EIN). a. Enter the name as shown on your income tax return.
b. If you have a doing business as (DBA) name, also enter this name on the business name/disregarded entity name line.

2. Check the appropriate box for federal tax classification indicating whether you are an individual/sole proprietor, corporation, partnership, trust/estate, or other. If other, please explain. If a limited liability company, also identify whether a corporation or partnership.
3. Include your complete address.
4. Enter your SSN or EIN as appropriate.
5. **Please return the completed form the address below:**

This 16th day of July, 2019

By: _Anthony Ross Jr_

Anthony T. Ross, Jr.- Beneficiary
20 Ingraham Lane
Hempstead, NY 11550

# JURAT CERTIFICATE

State of New York

County of Nassau

Subscribed and sworn to (or affirmed) before me on this _16th_ day of _July_ , 20 _19_ ,
by _Anthony T Ross, Jr._ , proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

WITNESS MY HAND AND OFFICIAL SEAL.

_Raquel Dilone_

Signature of Notary Public (Notary Seal)

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document, to which this certificate is attached, and the truthfulness,
accuracy, or validity of that document.

☐ VOID   ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged $ | **2019** | |
| | 3 Interest if included in box 2 $ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | | **Copy C For Creditor** |
|---|---|---|---|---|
| DEBTOR'S name | | | | For Privacy Act and Paperwork Reduction Act Notice, see the **2019 General Instructions for Certain Information Returns.** |
| Street address (including apt. no.) | | 5 Check here if the debtor was personally liable for repayment of the debt . . . . . . . . . ▶ ☐ | | |
| City or town, state or province, country, and ZIP or foreign postal code | | | | |
| Account number (see instructions) | | 6 Identifiable event code | 7 Fair market value of property $ | |

Form **1099-C**          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | 2 Amount of debt discharged<br>$ | **2019** | |
| | 3 Interest if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | 4 Debt description | **Copy B**<br>**For Debtor** |
|---|---|---|---|
| DEBTOR'S name | | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| Street address (including apt. no.) | | 5 If checked, the debtor was personally liable for repayment of the debt  . . . . . . . ▶ ☐ | |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | 6 Identifiable event code | 7 Fair market value of property<br>$ |

Form **1099-C**          (keep for your records)          www.irs.gov/Form1099C          Department of the Treasury - Internal Revenue Service

8585

☐ VOID    ☐ CORRECTED

| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Date of identifiable event | OMB No. 1545-1424 | **Cancellation of Debt** |
|---|---|---|---|
| | **2** Amount of debt discharged<br>$ | 20**19** | |
| | **3** Interest if included in box 2<br>$ | Form **1099-C** | |

| CREDITOR'S TIN | DEBTOR'S TIN | **4** Debt description | Copy A |
|---|---|---|---|
| DEBTOR'S name | | | **For Internal Revenue Service Center** |
| | | | **File with Form 1096.** |
| Street address (including apt. no.) | | **5** Check here if the debtor was personally liable for repayment of the debt . . . . . . . . . . ▶ ☐ | For Privacy Act and Paperwork Reduction Act Notice, see the **2019 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | | |
| Account number (see instructions) | | **6** Identifiable event code | **7** Fair market value of property<br>$ |

Form **1099-C**        Cat. No. 26280W        www.irs.gov/Form1099C        Department of the Treasury - Internal Revenue Service

**Do Not Cut or Separate Forms on This Page — Do Not Cut or Separate Forms on This Page**

| | | |
|---|---|---|
| ☐ VOID | ☐ CORRECTED | |

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2019<br><br>$ | OMB No. 1545-0117<br><br>**2019**<br><br>Form **1099-OID** | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest<br><br>$ | | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty<br>$ | 4 Federal income tax withheld<br>$ | **Copy 1** |
|---|---|---|---|---|
| | | 5 Market discount<br>$ | 6 Acquisition premium<br>$ | **For State Tax Department** |

| RECIPIENT'S name | 7 Description | |
|---|---|---|
| Street address (including apt. no.) | | |
| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations<br>$ | 9 Investment expenses<br>$ |

| | FATCA filing requirement<br>☐ | 10 Bond premium<br>$ | 11 Tax-exempt OID<br>$ |
|---|---|---|---|
| Account number (see instructions) | | 12 State | 13 State identification no. | 14 State tax withheld<br>$ |
| | | | | $ |

Form **1099-OID**

www.irs.gov/Form1099OID

Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2019* $ | OMB No. 1545-0117 | Original Issue Discount |
|---|---|---|---|
| | * This may not be the correct figure to report on your income tax return. See instructions on the back. | **2019** | |
| | 2 Other periodic interest $ | Form **1099-OID** | |

| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy B** |
|---|---|---|---|---|
| | | 5 Market discount $ | 6 Acquisition premium $ | **For Recipient** |

| RECIPIENT'S name | 7 Description | |
|---|---|---|
| Street address (including apt. no.) | | This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| City or town, state or province, country, and ZIP or foreign postal code | 8 Original issue discount on U.S. Treasury obligations* $ | 9 Investment expenses $ |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ |
| Account number (see instructions) | | |

| | | 12 State | 13 State identification no. | 14 State tax withheld |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |

Form **1099-OID**          (keep for your records)          www.irs.gov/Form1099OID          Department of the Treasury - Internal Revenue Service

☐ CORRECTED (if checked)

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | **1** Original issue discount for 2019 $ | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| | | **2019** | |
| | **2** Other periodic interest $ | Form **1099-OID** | |

| PAYER'S TIN | RECIPIENT'S TIN | **3** Early withdrawal penalty $ | **4** Federal income tax withheld $ | **Copy 2** |
|---|---|---|---|---|
| | | **5** Market discount $ | **6** Acquisition premium $ | **To be filed with recipient's state income tax return, when required.** |

RECIPIENT'S name

**7** Description

Street address (including apt. no.)

City or town, state or province, country, and ZIP or foreign postal code

| | **8** Original issue discount on U.S. Treasury obligations $ | **9** Investment expenses $ |
|---|---|---|
| FATCA filing requirement ☐ | **10** Bond premium $ | **11** Tax-exempt OID $ |
| Account number (see instructions) | **12** State | **13** State identification no. | **14** State tax withheld $ |
| | | | $ |

Form **1099-OID**

www.irs.gov/Form1099OID

Department of the Treasury - Internal Revenue Service

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Original issue discount for 2019 $ | OMB No. 1545-0117 | **Original Issue Discount** |
|---|---|---|---|
| | 2 Other periodic interest $ | **2019** Form **1099-OID** | |
| PAYER'S TIN | RECIPIENT'S TIN | 3 Early withdrawal penalty $ | 4 Federal income tax withheld $ | **Copy C** |
| RECIPIENT'S name | | 5 Market discount $ | 6 Acquisition premium $ | **For Payer** |
| Street address (including apt. no.) | | 7 Description | | For Privacy Act and Paperwork Reduction Act Notice, see the **2019 General Instructions for Certain Information Returns.** |
| City or town, state or province, country, and ZIP or foreign postal code | | 8 Original issue discount on U.S. Treasury obligations $ | 9 Investment expenses $ | |
| | FATCA filing requirement ☐ | 10 Bond premium $ | 11 Tax-exempt OID $ | |
| Account number (see instructions) | 2nd TIN not. ☐ | 12 State | 13 State identification no. | 14 State tax withheld $ $ |

Form **1099-OID**        www.irs.gov/Form1099OID        Department of the Treasury - Internal Revenue Service

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

## Request for Taxpayer
## Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

**Give Form to the requester. Do not send it to the IRS.**

Print or type.
See **Specific Instructions** on page 3.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC  ☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

**Note:** Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

Requester's name and address (optional)

**6** City, state, and ZIP code

**7** List account number(s) here (optional)

### Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

### Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶

Date ▶

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)