UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In Re:

ANTHONY T. ROSS, Jr.

Case No.: 16-74455-AST
Chapter: 7

THE BANKRUPTCY ESTATE OF
ANTHONY T. ROSS, Jr. by ROBERT L. PRYOR

Adversary Case No.: 18-08167-AST

                              Plaintiff,
      Against

ANTHONY T. ROSS, Jr.
                    Respondent

### EXHIBIT
### NOTICE OF DISMISSAL OF ADVERSART PROCEEDING PURSUANT TO RULE 41 (a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE of the attached exhibit from Pryor & Madelop, LLP Notice of the above captioned action discontinued, dated July 17, 2019.

Respectfully submitted, this 14th day of August, 2019

*Anthony T Ross Jr*

Anthony T. Ross, Jr. DBA ANTHONY T. ROSS, JR. (Beneficiary)
Beneficial Interest Holder and Executrix
Respondent Sui Juris-28 U.S.C. § 1746(1)
20 Ingraham Lane
Hempstead, NY 11550

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                    Chapter 7

ANTHONY T. ROSS, JR.,                                   Case No. 8-16-74455-ast
                    Debtor.
-------------------------------------------------------------------X
THE BANKRUPTCY ESTATE OF ANTHONY T. ROSS, JR.,
by Robert L. Pryor, Esq., as the Chapter 7 Trustee,

                    Plaintiff,                         Adv. Pro. No.: 8-18-08167-ast

      -against-

ANTHONY T. ROSS, JR.,
                    Defendant.
-------------------------------------------------------------------X

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING PURSUANT TO
RULE 41(a)(1)(A) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      PLEASE TAKE NOTICE that the above-captioned action is discontinued without prejudice and without costs to either party. This notice may be filed without further notice with the Clerk of the Court.

Dated: Westbury, New York            PRYOR & MANDELUP, L.L.P.
       July 17, 2019                        Attorneys for Plaintiff

                                               By:  */s/ Anthony F. Giuliano*
                                                     Anthony F. Giuliano
                                                     675 Old Country Road
                                                     Westbury, New York 11590
                                                     (516) 997-0999
                                                     afg@pryormandelup.com

TO: VIA FIRST CLASS MAIL
     Anthony T. Ross, Jr.
     Defendant *Pro Se*
     20 Ingraham Lane
     Hempstead, NY 11550

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In Re:

ast
Anthony T. Ross Jr.

**Respondent**

**AFFIDAVIT OF SERVICE**
Case No.: 16-74455-ast
Adversary Case No.: 18-08167-

This is to certify that I have this day served a copy of the Exhibits upon parties, by depositing a true and correct copy of the same in the United States mail with adequate postage affixed thereto to ensure delivery, addressed as follows:

Michael Farina
Robert L. Pryor
675 Old Country Road
Westbury, NY 11590

United States Trustee
Long Island Federal Courthouse
560 Federal Plaza- Room 560
Central Islip, NY 11722-4437

Office of the Clerk
United States Bankruptcy Court
290 Federal Plaza
Central Islip, NY 11722-9013

Respectfully submitted, this 14th day of August, 2019

_____
Anthony T. Ross, Jr. DBA ANTHONY T. ROSS, JR. (Beneficiary)
Beneficial Interest Holder and Executrix
Respondent Sui Juris-28 U.S.C. § 1746(1)
20 Ingraham Lane
Hempstead, NY 11550